F. CURT KIRSCHNER JR. (S.B. #122502)
ckirschner@omm.com
CHRISTOPHER T. SCANLAN (S.B. #211724)
cscanlan@omm.com
LARRY B. GARRETT (S.B. #225192)
lgarrett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

WILLIAM A. SOKOL (S.B. #072740)
BRUCE A. HARLAND (S.B.#230477)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone:   (510) 337-1001
Facsimile:    (510) 337-1023

Attorneys for Petitioner/Cross-Respondent
CALIFORNIA PACIFIC MEDICAL CENTER

Attorneys for Respondent/Cross-Petitioner
SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS—WEST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Pacific Medical Center,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>Service Employees International Union, United Healthcare Workers — West,<br><br>　　　　　Respondent. | Case No. C-06-4685 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO COORDINATE BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Petitioner and Cross-Respondent California Pacific Medical Center ("CPMC"), and Respondent and Cross-Petitioner, Service Employees International Union, United Healthcare Workers—West ("UHW"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 1, 2006, CPMC filed a Petition to Vacate Or, In The Alternative, Correct the Arbitration Award;

WHEREAS, on August 21, 2006, UHW filed a Cross-Petition For Confirmation of Arbitration Award;

WHEREAS, both parties agree that the Petition to Vacate the Arbitration Award and the Cross-Petition to Confirm the Arbitration Award should be heard together at the initial case management conference;

WHEREAS, it best serves the interests of judicial economy to establish a coordinated briefing schedule and common hearing date for the Petition to Vacate the Arbitration Award and the Cross-Petition to Confirm the Arbitration Award;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The hearing on UHW's Motion to Confirm the Arbitration Award, filed on October 3, 2006, and currently scheduled for hearing on November 17, 2006, is hereby continued to **December 8, 2006**.

2. CPMC shall file a combined Motion to Vacate the Arbitration Award/Opposition to Motion to Confirm Arbitration Award on or before **October 24, 2006**.

3. UHW shall file a combined Opposition to the Motion to Vacate/Reply on the Motion to Confirm Arbitration Award on or before **November 14, 2006**.

4. CPMC shall file a Reply in support of its Motion to Vacate Arbitration Award on or before **November 21, 2006**.

5. The initial case management conference (CMC) shall, with the Court's approval, be continued from November 17, 2006 to **December 8, 2006**. If a later CMC date is set, or if the CMC is continued on the Court's motion, the hearing on the parties' cross-motions will be reset to such later or continued date. Pursuant to FRCP 26(a)(1)(E)(viii) and Local Rule 16-2(e), and because the cross-motions to confirm or vacate the arbitration award are likely to resolve this case in its entirety, the parties are relieved of any obligation to conduct a Rule 26(f) conference, select a plan for alternative dispute resolution, or file a CMC statement.

| | | |
|---|---|---|
| 1 | Dated: October 10, 2006. | O'MELVENY & MYERS LLP<br>F. CURT KIRSCHNER JR.<br>CHRISTOPHER T. SCANLAN<br>LARRY B. GARRETT |
| | | By: _____/s/_____<br>Larry B. Garrett<br>Attorneys for Petitioner/Cross-Respondent<br>CALIFORNIA PACIFIC MEDICAL CENTER |
| 9 | Dated: October 10, 2006. | WEINBERG, ROGER & ROSENFELD P.C.<br>BRUCE HARLAND<br>WILLIAM A. SOKOL |
| | | By: _____/s/_____<br>Bruce A. Harland[1]<br>Attorneys for Respondent/Cross-Petitioner<br>SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS—WEST |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/11/06

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

[1] Counsel e-filing this document represents that he has obtained the permission of Bruce A. Harland, counsel for Respondent/Cross-Petitioner, to file this Stipulation and [Proposed] Order on Respondent/Cross-Petitioner's behalf.